AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| DAVID SCAGGS | Case Number: 06CR0206-JAH-02 |
| | Paul D. Turner, CJA |
| | Defendant's Attorney |

REGISTRATION NO. 09113043

☐

THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☒ was found guilty on count(s)    One-count superseding indictment.
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1111 and 2 | FIRST DEGEE MURDER AND AIDING AND ABETTING | 1s |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) __remaining_____ is ☐ are ☒ dismissed on the motion of the United States.

☐ Assessment:

☒ No fine    ☐ Property forfeited pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 3, 2008
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

06CR0206-JAH-02

AO 245B     (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

DEFENDANT: DAVID SCAGGS

Judgment — Page    2    of    3

CASE NUMBER: 06CR0206-JAH-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

LIFE.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m.    ☐ p.m.    on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

06CR0206-JAH-02

AO 245S   Judgment in Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __3__ of __3__

DEFENDANT: DAVID SCAGGS
CASE NUMBER: 06CR0206-JAH-02

# RESTITUTION

The defendant shall pay restitution in the amount of _____ $3,200 _____ unto the United States of America.

This sum shall be paid _____ immediately.
         ✗ as follows:

Pay restitution in the amount of $3,200, through the Clerk, U.S. District Court, to Mark A. Smith and Diane B. Smith, payable forthwith or through the Inmate Financial Responsibility Program at the rate of $50.00 per quarter.

The Court has determined that the defendant ___does not___ have the ability to pay interest.  It is ordered that:

✗    The interest requirement is waived.

_____    The interest is modified as follows:

06CR0206-JAH-02